Date: 12/09/10  #151498  **DIVIDENDS REMITTED TO THE COURT**  CK 1020  Page:

Check Number 1020 Dated 12/09/10
Case Number 09-14966 - COYLE, CHARLES L. SR.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation For GE Money Bank dba JCPENNEY CREDIT SERVICES 25 SE 2nd Ave Ste 1120 Miami FL 33131    Unsecured Distribution    #5363 | 000014 | 86.02 | 2.36 |
| Recovery Management Systems Corporation For GE Money Bank dba JCPENNEY CREDIT SERVICES 25 SE 2nd Ave Ste 1120 Miami FL 33131    Unsecured Distribution    #6291 | 000015 | 127.24 | 3.49 |
| ---------- Remittance Total --------------- | | 213.26 | 5.85 |

*[Signature]*
Waldemar J. Wojcik, Trustee

*[FILED stamp: 10 DEC 13 PM 12:56 — U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND]*

COURT1  Printed: 12/09/10 02:21 PM  Ver: 16.01a